**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIC COUCH**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| ERIC COUCH, | No.   2:15-cv-01631-CMK |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to March 25, 2016.

  This is a first extension, though the brief is overdue, of only two weeks and two days.

Dated:  March 9, 2016           */s/    Jesse S. Kaplan*
                     JESSE S. KAPLAN
                     Attorney for Plaintiff

[Pleading Title] - 1

Dated:  March 9, 2016                     /s/ per e-mail authorization

                                                                            JEFFREY CHEN
                                                                            Special Assistant U.S. Attorney
                                                                            Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to March 25, 2016.

SO ORDERED.

Dated:  March 10, 2016

                                                                            CRAIG M. KELLISON
                                                                            UNITED STATES MAGISTRATE JUDGE