1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear Street, Suite 800
        San Francisco, CA  94105
7       Telephone: (415) 977-8939
        Facsimile: (415) 744-0134
8       Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION
13

14  ERIC COUCH,                    ) Civil No. 2:15-cv-01631-CMK
                                   )
15       Plaintiff,                ) **STIPULATION AND ORDER FOR A**
                                   ) **FIRST EXTENSION OF TIME FOR**
16       v.                        ) **DEFENDANT TO FILE HER MOTION**
                                   ) **FOR SUMMARY JUDGMENT**
17  CAROLYN W. COLVIN,             )
18  Acting Commissioner of Social Security, )
                                   )
19       Defendant.                )
20  _____ )

21       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22  with the approval of the Court, that Defendant shall have a first extension of time of 45 days to

23  file her motion for summary judgment.  Defendant respectfully request this additional time

24  because of a very heavy workload and because of an upcoming trip to Taiwan as a result of the

25  passing of the undersigned's grandfather.

26

27

28  Stip. to Extend Def.'s MSJ

                                        1

The new due date for Defendant's motion for summary judgment will be Thursday, June 9, 2016

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: *April 25, 2016* | LAW OFFICES OF JESSE S. KAPLAN |
|  | By: */s/ Jesse Kaplan*** |
|  | JESSE KAPLAN |
|  | * *By email authorization on April 25, 2016* |
|  | Attorney for Plaintiff |
| Date: *April 25, 2015* | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | By: */s/ Jeffrey Chen* |
|  | JEFFREY CHEN |
|  | Special Assistant United States Attorney |
|  | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated: April 29, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2