IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC COUCH, | No. 2:15-CV-1631-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. As of January 7, 2016, plaintiff had not notified the court regarding consent to Magistrate Judge jurisdiction pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, and the court directed plaintiff to show cause why the action should not be dismissed for failure to prosecute and comply with court rules and orders. See Local Rule 110.

/ / /

/ / /

/ / /

1  A review of the docket reflects that plaintiff has notified the court regarding
2  consent. Good cause appearing therefor, the January 7, 2016, order to show cause is hereby
3  discharged.
4        IT IS SO ORDERED.
5
6  DATED: June 8, 2016
7
8  _____
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE