| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
|   | DEBORAH LEE STACHEL |
| 3 | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | JEFFREY CHEN, CSBN 260516 |
| 5 | Special Assistant United States Attorney |
|   |     Social Security Administration |
| 6 |     160 Spear Street, Suite 800 |
|   |     San Francisco, CA  94105 |
| 7 |     Telephone: (415) 977-8939 |
|   |     Facsimile: (415) 744-0134 |
| 8 |     Email: Jeffrey.Chen@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC COUCH, | ) Civil No. 2:15-cv-01631-CMK |
|  | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
|  | ) **SECOND EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER MOTION** |
|  | ) **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment. Defendant respectfully request this additional time because of the undersigned's recent return from a two week absence from the office and because of a Ninth Circuit brief that is due to be filed in two weeks.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, July 11, 2016.

Respectfully submitted,

Date: *June 9, 2016*      LAW OFFICES OF JESSE S. KAPLAN

By: */s/ Jesse Kaplan*\*
JESSE KAPLAN
\* *By email authorization on June 9, 2016*
Attorney for Plaintiff

Date: *June 9, 2016*      BENJAMIN B. WAGNER
United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  June 15, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2