BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC COUCH, | ) Civil No. 2:15-cv-01631-CMK |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully request this additional time because of a heavy accumulated workload following a two week absence from the office in Taiwan after the passing of the undersigned's grandfather.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, July 25, 2016.

Respectfully submitted,

Date: *July 18, 2016*         LAW OFFICES OF JESSE S. KAPLAN

By:  */s/ Jesse Kaplan\**
JESSE KAPLAN
*\* By email authorization on July 18, 2016*
Attorney for Plaintiff

Date: *July 18, 2016*         BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: July 20, 2016

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2