**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIC COUCH**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ERIC COUCH, | No.   2:15-cv-01631-DB |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to September 2, 2016.

This is a second extension, agreed to because plaintiff's counsel has a particularly large number of briefs due in the second half of August, along with his other work.

Dated:  August 25, 2016                                         /s/    *Jesse S. Kaplan*

[Pleading Title] - 1

|   |   |
|---|---|
|   | JESSE S. KAPLAN<br>Attorney for Plaintiff |
|   | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Counsel, Region IX<br>Social Security Administration |
| Dated: August 25, 2016 |   /s/ per e-mail authorization |
|   | JEFFREY CHEN<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: September 9, 2016                  /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.soc sec\couch1631.stip.eot.ord

[Pleading Title] - 2